CO-386
10/2018

# United States District Court
# For the District of Columbia

INFORMED CONSENT ACTION NETWORK,  )
2025 Guadalupe Street, Suite 260  )
Austin, Texas 78705  )
)
)
     Plaintiff )        Civil Action No. __1:23-cv-747_____
vs  )
)
Centers for Disease Control and Prevention  )
c/o U.S. Department of Health  )
General Counsel  )
200 Independence Avenue, S.W.  )
Washington, D.C. 20201  )
)
     Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __INFORMED CONSENT ACTION NETWORK__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INFORMED CONSENT ACTION NETWORK__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record [signature]
_____
Signature

OR0022                                           Colin M. Farnsworth
_____                    _____
BAR IDENTIFICATION NO.                           Print Name

                                                 745 Fifth Avenue, Suite 500
                                                 _____
                                                 Address

                                                 New York, NY 10151
                                                 _____
                                                 City          State         Zip Code

                                                 (212) 532-1091
                                                 _____
                                                 Phone Number