# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INFORMED CONSENT ACTION NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) CENTERS FOR DISEASE CONTROL AND ) PREVENTION, *et al.*, ) ) Defendants. ) | Civil Action No. 23-0747 (TSC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kenneth Adebonojo, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Respectfully submitted,

By:   /s/ *Kenneth Adebonojo*
KENNETH ADEBONOJO
N.J. Bar #00676-2001
Assistant United States Attorney
U.S. Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2562
kenneth.adebonojo@usdoj.gov