UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                             Plaintiff,<br><br>  -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>-and-<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                            Defendant. | Civil Action No. 1:23-cv-00747-TSC |

## **NOTICE OF APPEARANCE**

Plaintiff requests that the Clerk of the Court please enter the appearance of Elizabeth A. Brehm as counsel for the Plaintiff in the above-captioned case.

Dated:   April 4, 2023

Respectfully Submitted,

/s/ Elizabeth A. Brehm
Elizabeth A. Brehm, DC Bar ID NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
ebrehm@sirillp.com

*Counsel for Plaintiff*