**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>  -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>-and-<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendant. | Civil Action No. 1:23-cv-00747-TSC |

## NOTICE OF APPEARANCE

Plaintiff requests that the Clerk of the Court please enter the appearance of Aaron Siri as counsel for the Plaintiff in the above-captioned case.

Dated:   April 4, 2023                Respectfully Submitted,

                                     /s/ Aaron Siri
                                     Aaron Siri, DC Bar ID NY0537
                                     Siri & Glimstad LLP
                                     745 Fifth Avenue, Suite 500
                                     New York, New York 10151
                                     Tel: (212) 532-1091
                                     aaron@sirillp.com

                                     *Counsel for Plaintiff*