## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION NETWORK,

                Plaintiff,

   -against-

                Civil Action No. 1:23-cv-00747-TSC

CENTERS FOR DISEASE CONTROL AND
PREVENTION,

   -and-

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                Defendant.

## RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED IN FOIA CASE AS TO U.S. ATTORNEY

I, Britney Long, hereby declare as follows:

1.      I am a paralegal with the law firm of Siri & Glimstad LLP, counsel to Informed Consent Action Network in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2.      Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the undersigned served the United States Attorney's Office for the District of Columbia by sending a copy of the Complaint, Exhibits, and Summons via email on March 22, 2023 to USADC.ServiceCivil@usdoj.gov in accordance with the directions for service of process outlined on United States Attorney's Office website.[1] The service package was received and accepted with a service date of March 22, 2023 (**Exhibit 1.**).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2023

                        _____
                        Britney Long, Paralegal

---

[1] *See* https://www.justice.gov/usao-dc/civil-division.

Exhibit 1

**Britney Long**

---

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Thursday, March 23, 2023 2:01 PM |
| **To:** | Britney Long |
| **Subject:** | RE: ICAN v CDC and HHS, 23-cv-747 |

Your service package has been received and accepted with a service date of March 22, 2023.  Thank you.

---

**From:** Britney Long <blong@sirillp.com>
**Sent:** Wednesday, March 22, 2023 6:09 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Colin Farnsworth <cfarnsworth@sirillp.com>; Annalise Beube <abeube@sirillp.com>
**Subject:** ICAN v CDC and HHS, 23-cv-747

Dear Civil Process Clerk:

Pursuant to the United States Attorney's Office direction regarding service of process for civil complaints, enclosed please find a copy of the summons, complaint, and all exhibits.

Britney Long, Paralegal

# Siri | Glimstad

1005 Congress Avenue
Suite 925-C36
Austin, TX 78701
Main: 512-265-5622
Facsimile: 646-417-5967
www.sirillp.com

**\*PLEASE NOTE OUR MAILING ADDRESS HAS CHANGED AS OF 2/14/23\***

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.