**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INFORMED CONSENT ACTION NETWORK,

              Plaintiff,

-against-

CENTERS FOR DISEASE CONTROL AND PREVENTION,

-and-

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

              Defendant.

Civil Action No. 1:23-cv-00747-TSC

**RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED IN FOIA CASE AS TO U.S. ATTORNEY GENERAL**

I, Britney Long, hereby declare as follows:

1. I am a paralegal with the law firm of Siri & Glimstad LLP, counsel to Informed Consent Action Network in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the undersigned delivered a copy of the Complaint, Exhibits, and Summons to the following:

> Merrick Garland, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, which was delivered to the addressee on March 27, 2023, as verified by United States Postal Service tracking information obtained online (**Exhibit 1.**).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2023

_____
Britney Long, Paralegal

# Exhibit 1

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70223330000026471198

Copy	Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:14 am on March 27, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 27, 2023, 5:14 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs