UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION NETWORK,

                Plaintiff,

-against-

CENTERS FOR DISEASE CONTROL AND PREVENTION,

-and-

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

                Defendant.

Civil Action No. 1:23-cv-00747-TSC

**RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED AS TO FOOD AND DRUG ADMINISTRATION**

I, Britney Long, hereby declare as follows:

1. I am a paralegal with the law firm of Siri & Glimstad LLP, counsel to Informed Consent Action Network in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the undersigned delivered a copy of the Complaint, Exhibits, and Summons to the following:

    Centers for Disease Control and Prevention, c/o U.S. Department of Health, General Counsel, 200 Independence Avenue, S.W., Washington, D.C. 20201 on March 27, 2023, as verified by United States Postal Service tracking information obtained online (**Exhibit 1.**).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2023

                                              Britney Long, Paralegal

# Exhibit 1

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70223330000026471181

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:30 am on March 27, 2023 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20201
March 27, 2023, 7:30 am

See All Tracking History

Feedback

**Text & Email Updates**                                                     ⌄

**USPS Tracking Plus®**                                                       ⌄

**Product Information**                                                       ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs