# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                              Plaintiff,<br><br>  -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>-and-<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                              Defendant. | Civil Action No. 1:23-cv-00747-TSC |

## RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED AS TO FOOD AND DRUG ADMINISTRATION

I, Britney Long, hereby declare as follows:

1. I am a paralegal with the law firm of Siri & Glimstad LLP, counsel to Informed Consent Action Network in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the undersigned delivered a copy of the Complaint, Exhibits, and Summons to the following:

U.S. Department of Health and Human Services, General Counsel, 200 Independence Avenue, S.W., Washington, D.C. 20201 on March 27, 2023, as verified by United States Postal Service tracking information obtained online (**Exhibit 1.**).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2023

_____
Britney Long, Paralegal

# Exhibit 1

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70223330000026471174

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:30 am on March 27, 2023 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

　　**USPS Tracking Plus®**

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20201
March 27, 2023, 7:30 am

See All Tracking History

Feedback

Text & Email Updates      ⌄

USPS Tracking Plus®      ⌄

Product Information      ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs