UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br>2025 Guadalupe Street, Suite 260<br>Austin, Texas 78705<br><br>          Plaintiff,<br> -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br>200 Independence Avenue SW<br>Washington, DC 20201,<br><br>-and-<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue SW<br>Washington, DC 20201,<br><br>          Defendants. | Civil Action No. 1:23-cv-747-TSC |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney notifies this Court that Colin M. Farnsworth is no longer employed with Siri & Glimstad LLP and requests the Court withdraw Mr. Farnsworth's appearance as attorney of record for the Plaintiff with respect to the above-captioned action. The undersigned attorney, as well as attorney Aaron Siri, will continue as counsel and are familiar with this matter, the posture of the case, and its current status.

Dated:  May 17, 2023

SIRI & GLIMSTAD LLP

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm, DC Bar No. 0532
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
ebrehm@sirillp.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm, DC Bar No. 0532
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
ebrehm@sirillp.com
