UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to respond to the Complaint in this matter by 30 days – i.e., until June 23, 2023. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendants' handling of its FOIA request for records related to standard operating procedures related to COVID-19. *See generally* ECF No. 1. Defendants' response to Plaintiff's complaint is now due.

2. This is Defendants' second request for an enlargement, but good cause exists for it. Defendants have released responsive records and Plaintiff has acknowledge receipt of same. Plaintiff has indicated that it has objection to Defendants' release. The requested enlargement would enable the parties to confer regarding Plaintiff's objections with the goal of narrowing or eliminating any difference in the parties' positions.

3. Thus, the requested enlargement is in the interest of this litigation and promotes the possibility of resolution without unnecessarily burdening the Court. Defendants propose this extension in good faith and not for the purpose of delay. Granting the requested extension will not impact any other deadlines.

WHEREFORE, with Plaintiff's consent, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including June 23, 2023. A proposed order is enclosed herewith.

Dated: May 23, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>       Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al.*<br><br>       Defendants. | Civil Action No. 23-0747 (TSC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including June 23, 2023, to respond to the Complaint in this action.

SO ORDERED:

_____               _____
Dated                                                                            TANYA S. CHUTKAN
                                                                                     United States District Judge