UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to respond to the Complaint until July 25, 2023, to respond to the Complaint filed by the Informed Consent Action Network ("Plaintiff"). Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

1.    Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendants' handling of its FOIA request for records related to standard operating procedures related to COVID-19. *See generally* ECF No. 1. Defendants' response to Plaintiff's complaint is now due.

2.    This is Defendants' third request for an enlargement, but good cause exists for it. Defendants had released responsive records and Plaintiff acknowledged receipt of same. Since Defendants' release, Plaintiff submitted a thirty-four-page letter detailing several objections to Defendants' releases. Defendants are still digesting Plaintiff's response with the goal of possibly narrowing or eliminating any differences and obviating the need for further judicial involvement.

3. The requested enlargement would also enable the parties to confer as the parties anticipate may be necessary. Defendants expect to be able to have a response and confer in the next two weeks. Defendants propose this extension in good faith and not for the purpose of delay. Granting the requested extension will not impact any other deadlines.

4. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who graciously consented to this request.

WHEREFORE, with Plaintiff's consent, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including July 25, 2023. A proposed order is enclosed herewith.

Dated: June 23, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION NETWORK,

    Plaintiff,

v.

CENTER FOR DISEASE CONTROL AND PREVENTION, *et al.*

    Defendants.

Civil Action No. 23-0747 (TSC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including July 25, 2023, to respond to the Complaint in this action.

SO ORDERED:

_____                         _____
Dated                                                                           TANYA S. CHUTKAN
                                                                                 United States District Judge