UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>*Defendants.* | Civil Action No. 1:23-cv-00747-TSC |

## JOINT STATUS REPORT

Informed Consent Action Network ("Plaintiff") and the Centers for Disease Control and Prevention and U.S. Department of Health and Human Services ("Defendants"), by and through undersigned counsel, hereby respectfully submit this Joint Status Report in response to the Minute Order entered by the Court on July 26, 2023.

1. On June 30, 2022, Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Centers for Disease Control and Prevention, requesting:

> All records related to Proportional Reporting Ratio (PRR) analyses performed "to identify AEs that are disproportionately reported relative to other AEs" pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19. This should include, but not be limited to, all communications concerning PRR analyses including communications concerning any decision to not conduct PRR analyses.
>
> Information helpful to fulfilling the request: The CDC's Immunization Safety Office is the likely custodian of responsive records.

2. On July 29, 2022, Defendant issued a response which stated in relevant part:

> A search of our records failed to reveal any documents pertaining to your request. The CDC National Center for Emerging and Zoonotic Infectious Diseases (NCEZID) Division of Healthcare Quality Promotion (DHQP) Immunization Safety Office (ISO) relayed the following:
>
> There are no written communications regarding the use of EB over PRR for purposes of signal detection. . .
>
> . . . [I]t was determined that the Proportional Reporting Ratio (PRR) analyses would not be performed. Instead, the U.S. Food and Drug Administration (FDA) performs Empirical Bayesian (EB) data mining with VAERS data. . .

3. Plaintiff appealed the denial. Defendants did not make a determination with respect to Plaintiff's appeal.

4. Plaintiff filed its Complaint on March 20, 2023, and Defendants filed their Answer on July 25, 2023.

5. The parties met and conferred on August 31, 2023 during which Plaintiff inquired about the challenges to the production which it first provided to Defendants on May 25, 2023.

6. Today, September 6, 2023, the Agency provided Plaintiff a 5-page draft, unsigned affidavit containing information about the search and about the redactions that were applied to the records produced. Plaintiff is reviewing that affidavit to identify remaining issues.

7. An *Open America* stay is unlikely in this case and it is not yet clear whether a *Vaughn* index will be required.

8. The parties respectfully request that they file another Joint Status Report in 45 days, on or before October 23, 2023.

Dated: September 6, 2023                    Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar #481051
                                            United States Attorney

                                            BRIAN P. HUDAK

        Chief, Civil Division

By: */s/ Kenneth Adebonojo*
   Kenneth Adebonojo
   Assistant United States Attorney
   U.S. Attorney's Office, Civil Division
   601 D Street, N.W.
   Washington, D.C. 20530
   (202) 252-6734
   Kenneth.Adebonojo@usdoj.gov

*Counsel for Defendant*

*/s/ Elizabeth A, Brehm*
AARON SIRI, DC Bar No. NY0537
ELIZABETH A. BREHM, DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
(212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00747-TSC |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is, this \_\_\_ day of _____, 2023,

ORDERED that the parties shall submit a joint status report by October 23, 2023.

_____
UNITED STATES DISTRICT JUDGE