UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>*Defendants.* | Civil Action No. 1:23-cv-00747-TSC |

## JOINT STATUS REPORT

Informed Consent Action Network ("Plaintiff") and the Centers for Disease Control and Prevention and U.S. Department of Health and Human Services ("Defendants"), by and through undersigned counsel, hereby respectfully submit this Joint Status Report in response to the Minute Order entered by the Court on September 7, 2023.

1.  In this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), Plaintiff request "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed "to identify AEs that are disproportionately reported relative to other AEs" pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19. This should include, but not be limited to, all communications concerning PRR analyses including communications concerning any decision to not conduct PRR analyses."

2.  On April 3, 2023, Defendant produced 18 pages of emails and 51 excel files. Plaintiff raised issues about the production including concerning the adequacy of the search and the use of an exemption in a letter dated May 25, 2023; on an August 31, 2023 meet and confer; and again in a September 19, 2023 letter. Defendant responded in part this week and informed

Plaintiff it reprocessed the already-produced 18 pages to reevaluate the challenged exemptions and will soon reproduce those pages to Plaintiff.

3. Plaintiff represents that it still has adequacy of search concerns following Defendant's explanations and awaits the re-release of the 18 pages. Therefore, the parties believe that it would be beneficial to file another status report thirty days from today. By that date, Defendant will have re-produced the 18 pages and will confirm whether it will run additional searches in an attempt to satisfy the adequacy of search issues.

4. The parties respectfully request that they file another Joint Status Report no later than November 22, 2023 providing an update to the Court as to whether briefing will be necessary.

Dated: October 23, 2023                      Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Kenneth Adebonojo*
Kenneth Adebonojo
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6734
Kenneth.Adebonojo@usdoj.gov
*Counsel for Defendant*

*/s/Elizabeth A. Brehm*
AARON SIRI, DC Bar No. NY0537
ELIZABETH A. BREHM, DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
(212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>*Defendants.* | Civil Action No. 1:23-cv-00747-TSC |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is, this ___ day of _____, 2023,

ORDERED that the parties shall submit a joint status report by November 22, 2023.

_____
UNITED STATES DISTRICT JUDGE