UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION
NETWORK,

        *Plaintiff,*

        v.

CENTERS FOR DISEASE CONTROL AND
PREVENTION, et al.,

        *Defendants*.

Civil Action No. 1:23-cv-00747-TSC

## JOINT STATUS REPORT

Informed Consent Action Network ("Plaintiff") and the Centers for Disease Control and Prevention and U.S. Department of Health and Human Services ("Defendants"), by and through undersigned counsel, hereby respectfully submit this Joint Status Report in response to the Minute Order entered by the Court on September 7, 2023.

1.    In this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), Plaintiff request "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed "to identify AEs that are disproportionately reported relative to other AEs" pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19. This should include, but not be limited to, all communications concerning PRR analyses including communications concerning any decision to not conduct PRR analyses."

2.    As stated in the parties' October 23, 2023 JSR (Dkt. 17), on April 3, 2023, Defendant produced 18 pages of emails and 51 excel files. Plaintiff raised issues about the production including concerning the adequacy of the search and the use of an exemption in a letter

dated May 25, 2023; on an August 31, 2023 meet and confer; and again in a September 19, 2023 letter.

3. Defendant contends it has responded to Plaintiff's concerns, and Plaintiff contends that Defendant has not adequately explained its search or withholdings.

4. Therefore, the parties believe that they are at an impasse.

5. The parties propose the following briefing schedule be entered:

<u>Defendant motion</u>: January 16, 2024

<u>Plaintiff cross-motion and opposition</u>: February 27, 2024

<u>Defendant opposition and reply</u>: March 19, 2024

<u>Plaintiff reply</u>: April 2, 2024

Dated: November 22, 2023                   Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   <u>/s/ Kenneth Adebonojo</u>
Kenneth Adebonojo
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6734
Kenneth.Adebonojo@usdoj.gov

*Counsel for Defendant*

<u>/s/ Elizabeth A. Brehm</u>
Aaron Siri, DC Bar No. NY0537
Elizabeth A. Brehm, DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
(212) 532-1091

aaron@sirillp.com<br>
ebrehm@sirillp.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK, <br><br> *Plaintiff,* <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION, et al., <br><br> *Defendants*. | Civil Action No. 1:23-cv-00747-TSC |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is, this \_\_\_ day of _____, 2023,

ORDERED that the parties shall follow the below briefing schedule:

<u>Defendant motion</u>: January 16, 2024

<u>Plaintiff cross-motion and opposition</u>: February 27, 2024

<u>Defendant opposition and reply</u>: March 19, 2024

<u>Plaintiff reply</u>: April 2, 2024

_____
UNITED STATES DISTRICT JUDGE