UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>       Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>       Defendants. | Civil Action No. 23-0747 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until February 29, 2024. Plaintiff, through counsel, does not consent to the relief sought by this motion. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendants' handling of its FOIA request for records related to standard operating procedures related to COVID-19. *See generally* ECF No. 1. Defendants' dispositive motion is now due. Defendants have not previously requested an enlargement of this particular deadline.

2. During the pendency of this litigation, the parties attempted to resolve their difference and relieve the Court of the burden of having to rule on dispositive motions. The parties had some limited success, but reached an impasse on which custodians' records were searched and Defendants' Exemption 5 redactions.

- 2 -

3. Since the parties proposed a dispositive briefing schedule and the undersigned reviewed the Agency's supporting declaration, the undersigned has reached out to Agency Counsel about additional justification(s) for why three individuals were not deemed to be custodians as well as the redaction declarations.

4. Agency Counsel has indicated that the Agency will reconsider its position regarding these three custodians and whether additional unredacting or supporting justification is required for the exemption claim. Although the parties had engaged in previous discussions on this issue, the undersigned has inserted himself more directly into the agency's deliberations this time around.

5. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who does not consent to this request. The undersigned had not been able to push reconsideration of these issues earlier due to the record-breaking intake of civil cases and assignment to line attorneys. The undersigned will also be on leave next week and into and next month. Defendants propose this extension in good faith and not for the purpose of delay. The goal is to narrow or eliminate any differences between differences between the parties.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including February 29, 2024. A proposed order is enclosed herewith.

*   *   *

Dated: January 16, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>   Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>   Defendants. | Civil Action No. 23-0747 (TSC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including February 29, 2024, to file its dispositive motion; Plaintiff response is due no later than April 15, 2024; Defendants' Reply is due no later than May 7, 2024.

SO ORDERED:

_____        _____
Dated                                                                                  TANYA S. CHUTKAN
                                                                                          United States District Judge