# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br>2025 Guadalupe Street, Suite 260<br>Austin, Texas 78705<br><br>                              Plaintiff,<br><br>     -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br>200 Independence Avenue SW<br>Washington, DC 20201,<br><br>-and-<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue SW<br>Washington, DC 20201,<br><br>                              Defendants. | Civil Action No. 1:23-cv-00747-TSC |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for an extension of time to file their dispositive motion, and of Plaintiff's opposition to same, for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is DENIED; and it is further

ORDERED that Defendants shall file their dispositive motion no later than January 17, 2024; Plaintiff's cross-motion and opposition is due February 28, 2024; Defendants' opposition and reply is due March 20, 2024; and Plaintiff's reply is due April 3, 2024.

SO ORDERED:

_____                    _____
Dated                                                                                     TANYA S. CHUTKAN
                                                                                                United States District Judge