UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>   Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>   Defendants. | Civil Action No. 23-0747 (TSC) |

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE TIME TO FILE ITS DISPOSITIVE MOTION**

  By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully submits this very brief Reply to Plaintiff's Opposition/response to Defendants' Motion to Enlargement Time to File its Dispositive Motion.

  Defendants submit this Reply to note that Agency Counsel reported this morning that the search of the three custodians' emails was considered and will be undertaken. Therefore, at least with regard to the adequacy of Defendants' search, it would appear that issue would likely be mooted and the need for briefing that issue obviated.

  WHEREFORE, Defendants respectfully request that the deadline to file Defendants' Dispositive Motion be extended through and including February 29, 2024, with Plaintiff's response time(s) adjusted accordingly. A proposed order is enclosed herewith.

             *  *  *

Dated: January 17, 2024  Respectfully submitted,
Washington, DC

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562