UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>        v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until February 23, 2024. Plaintiff, through counsel, consents to the relief sought by this motion. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendants' handling of its FOIA request for records related to standard operating procedures related to COVID-19. *See generally* ECF No. 1. Defendants' dispositive motion is now due.

2. Since Defendants' last enlargement, one of Plaintiff's requests during the parties' previous discussions has been fulfilled. Specifically, Defendants have expanded their search to include three additional custodians Plaintiff requested. A search of those three custodians' emails has been completed and a supplemental release issued today. Presumably, this could be one less issue for the Court's consideration.

3. On another front, this litigation and the parties could benefit from some additional time for the undersigned to have additional discussions with Agency Counsel about the agency's Exemption 5 redactions. Any progress on this front could narrow or eliminate this issue and obviate the need for judicial resolution.

4. Defendant does not request this enlargement lightly or to unduly delay resolution of this action. To the extent that this request affects any scheduling, the parties jointly propose an alternative briefing schedule herewith.

5. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who graciously consent to this request.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including February 23, 2024. A proposed order is enclosed herewith.

Dated: February 6, 2024  
   Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By:   /s/  
KENNETH ADEBONOJO  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al.*<br><br>　　　　Defendants. | Civil Action No. 23-0747 (TSC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including February 23, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than April 5, 2024; Defendants' Reply is due no later than April 26, 2024; Plaintiff's Reply (if any) is due no later than May 10, 2024.

SO ORDERED:

_____　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge