UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>    Defendants. | Civil Action No. 23-0747 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS'
DISPOSITIVE MOTION**

  By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until March 22, 2024. Plaintiff, through counsel, consents to the relief sought by this motion. The grounds for this motion are as follows.

  1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendants' handling of its FOIA request for records related to standard operating procedures related to COVID-19. *See generally* ECF No. 1. Defendants' dispositive motion is due tomorrow.

  2. Since Defendants' last enlargement, because of the Agencies' supplemental search, Plaintiff received 25 additional pages of records and the re-release of 18 pages with some additional unredactions. At least with regard to search three additional custodians, which the Agencies acceded to, the Agencies believe that issue is now moot.

3. However, Plaintiff continues to register objections to the Defendants' reliance on Exemption 5. Plaintiff expressed these objections in a recent email and the undersigned has taken it up with Agency Counsel. The undersigned anticipates that this requested enlargement would enable him to dive deeper into the issue and possibly arrange a call between the parties.

4. Defendants do not request this enlargement lightly or to unduly delay resolution of this action. The goal of the parties' discussions is possibly to narrow or obviate the need for a Court ruling. To the extent that this request affects any scheduling, the parties jointly propose an alternative briefing schedule herewith.

5. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who graciously consented to this request.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including March 22, 2024. A proposed order is enclosed herewith.

Dated: February 22, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al.*<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including March 22, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than May 6, 2024; Defendants' Reply is due no later than May 29, 2024; Plaintiff's Reply (if any) is due no later than June 13, 2024.

SO ORDERED:

_____    _____
Dated                    TANYA S. CHUTKAN
                        United States District Judge