UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>    Defendants. | Civil Action No. 23-0747 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until May 15, 2024. Plaintiff, through counsel, consents to the relief sought by this motion. The grounds for this motion are as follows.

1.  Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1. Defendants' dispositive motion is now due.

2.  The parties continue to engage in a dialogue with the goal of narrowing or eliminating their differences. As reported earlier, the dialogue had resulted in an earlier supplemental search that resulted in the release of 25 additional records that Plaintiff has received.

It did not appear that Plaintiff believed the supplemental search mooted the search adequacy issue as the Agency had hoped.

3.  Since then, the parties have continued to confer and the Agency has solicited a search methodology from Plaintiff, which has been provided. The agency has committed to conduct another search this time incorporating all or most of Plaintiff's suggested methodology as much as possible.

4.  The Agency anticipates that the process will be completed by the end of next month at which time the parties anticipate that they would confer regarding any anticipated releases. Defendant does not seek this enlargement lightly or to unduly delay an adjudication of this action. Rather, Defendant is attempting to resolve this action without burdening the Court unnecessarily.

5.  Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who graciously consented to this request. To the extent that this request affects any scheduling, the parties jointly propose an alternative briefing schedule herewith.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including May 15, 2024. A proposed order is enclosed herewith.

Dated: March 22, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al.*<br><br>　　　　Defendants. | Civil Action No. 23-0747 (TSC) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including May 15, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than June 28, 2024; Defendants' Reply is due no later than July 19, 2024; Plaintiff's Reply (if any) is due no later than August 2, 2024.

SO ORDERED:

_____　　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge