UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>    Defendants. | Civil Action No. 23-0747 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION**

  By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until July 16, 2024. Plaintiff, through counsel, consents to the relief sought by this motion. The grounds for this motion are as follows.

  1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1. Defendants' dispositive motion is now due.

  2. The parties continue to engage in a dialogue with the goal of narrowing or eliminating their differences. The parties' discussions resulted in a supplemental search that resulted in the release of over 300 records. Plaintiff's counsel has received the records and is currently reviewing them.

3. The additional time sought will enable Plaintiff's counsel to complete its review and for the parties to engage in discussions regarding this recent release with the objective or narrowing or eliminating any differences they might have. The parties' objective has been and remains to avoid or narrow briefing as much as possible.

4. Defendants do not seek this enlargement lightly or to unduly delay an adjudication of this action. Rather, Defendants are attempting to resolve this action without burdening the Court unnecessarily.

5. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who graciously consented to this request. To the extent that this request affects any scheduling, the parties jointly propose an alternative briefing schedule herewith.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including July 16, 2024. A proposed order is enclosed herewith.

Dated: May 15, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>     v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including July 16, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than September 2, 2024; Defendants' Reply is due no later than September 24, 2024; Plaintiff's Reply (if any) is due no later than October 15, 2024.

SO ORDERED:

_____                                    _____
Dated                                                                           TANYA S. CHUTKAN
                                                                                               United States District Judge