UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

### MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until August 31, 2024. Plaintiff, through counsel, does not consent to the relief sought by this motion. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1. Defendants' dispositive motion is now due.

2. The parties continue to engage in a dialogue with the goal of narrowing or eliminating their differences. Specifically, Plaintiff challenged Defendants' search and redactions from Defendants' original search for records. The parties' discussions resulted in a supplemental search and the release of over 300 records not previously released.

- 2 -

3.     Shortly after Plaintiff received Defendants' supplemental release in May, Plaintiff challenged the release. Specifically, Plaintiff challenged the redactions and requested that Defendants revisit them. Since Defendants' last enlargement, Defendants took another look at the redactions and is not inclined to commit to any additional unredactions at this time. Defendants, however, have committed to producing a *Vaughn* index no later than next week. Plaintiff's Counsel has been so notified.

4.     Concurrently, Defendants will be preparing a declaration that would be used to support Defendants' dispositive motion. The additional time sought will enable Defendants to complete and share a *Vaughn* index for its supplemental release and for the parties to have further discussions. Whatever disputes the parties are unable to resolve, Defendants will be prepared to file a dispositive motion. So far, Defendants' efforts had been focused on considering Plaintiff's challenges and preparing a *Vaughn* index.

5.     Defendants do not seek this enlargement lightly or to unduly delay an adjudication of this action. Rather, Defendants are attempting to resolve this action without burdening the Court unnecessarily. In addition, the undersigned requests the Court's indulgence for not filing this motion earlier in the day. The undersigned attended a relative's homegoing out of town and only just returned within the last few minutes.

5.     Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who does not consent to this request.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including August 31, 2024. A proposed order is enclosed herewith.

- 3 -

Dated: July 16, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>      Defendants. | Civil Action No. 23-0747 (TSC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including August 31, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than October 15, 2024; Defendants' Reply is due no later than November 8, 2024; Plaintiff's Reply (if any) is due no later than November 29, 2024.

SO ORDERED:

_____                                _____
Dated                                                                                  TANYA S. CHUTKAN
                                                                                           United States District Judge