UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

**MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until October 1, 2024. Plaintiff, through counsel, consents to the relief sought by this motion. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1. Defendants' dispositive motion is due next week.

2. The undersigned is cognizant of the Court's understandable concerns for pace of this litigation and that its view that further enlargements are disfavored. The parties have, however, been attempting to resolve this action, to the extent they can, without burdening the Court with briefing or at least reduced briefing.

- 2 -

3. To that end, the Court may recall that Defendants conducted a supplemental search that resulted in the release of over 300 records not previously released and Defendants also submitted a *Vaughan* index for Plaintiff's counsel's review. Plaintiff is still in the process of reviewing it and the parties anticipate that they will continue their dialogue and commence brief only if they are unable to resolve this action without the Court's intervention.

4. Defendants do not seek this enlargement lightly or to unduly delay an adjudication of this action. The requested enlargement serves the interest of justice by allowing the parties time to continue discussions targeted at reaching at amicable resolution of some or all this action. To be sure, Defendants believe that the parties are making progress.

5. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who graciously consent to this request.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including October 1, 2024. A proposed order is enclosed herewith.

Dated: August 28, 2024  
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By: _____/s/_____  
    KENNETH ADEBONOJO  
    Assistant United States Attorney  
    601 D Street, NW  
    Washington, DC 20530  
    (202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>       Plaintiff,<br><br>   v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>       Defendants. | Civil Action No. 23-0747 (TSC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including October 1, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than November 15, 2024; Defendants' Reply is due no later than December 10, 2024; Plaintiff's Reply (if any) is due no later than December 31, 2024.

SO ORDERED:

_____                            _____
Dated                                                                                       TANYA S. CHUTKAN
                                                                                                    United States District Judge