UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>        Defendants. | Civil Action No. 23-0747 (TSC) |

**MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until October 18, 2024. Plaintiff, through counsel, consents to the relief sought by this motion. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1. Defendants' dispositive motion is now due.

2. The parties have been attempting to narrow or eliminate and disagreements on Defendants' handling of Plaintiff's request. The undersigned believes that these efforts have been fruitful, at least with regard to Defendants' search, but the parties have recently reached as impasse as to some of Defendants' withholdings while having eliminated a few.

3. Specifically, in late July, Defendants provided Plaintiff with a draft *Vaughn* index to facilitate further discussions, Plaintiff responded last month, and it has since become clear as recently as two weeks ago that the parties had exhausted the possibilities for further narrowing. Since then, the undersigned has received an updated declaration and other supporting records from Agency Counsel. Perhaps the parties may be able to achieve additional narrowing after Defendants' dispositive motion is on the docket.

3 Thus, in light of these recent developments, Defendants are constrained to request this enlargement. In light of the records number of cases being handled by this office's line attorneys, the undersigned requests this enlargement to enable him to finalize Defendant's dispositive motion. Defendants do not seek this enlargement lightly or to unduly delay an adjudication of this action.

4. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who graciously consent to this request.

WHEREFORE, Defendants respectfully request that the deadline to file Defendants' dispositive motion be extended through and including October 18, 2024. A proposed order is enclosed herewith.

| | |
|---|---|
| Dated: October 1, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: _____/s/_____<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202)252-2562 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>      Defendants. | Civil Action No. 23-0747 (TSC) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including October 18, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than December 2, 2024; Defendants' Reply is due no later than December 27, 2024; Plaintiff's Reply (if any) is due no later than January 17, 2025.

SO ORDERED:

_____                            _____
Dated                                                                  TANYA S. CHUTKAN
                                                                                 United States District Judge