UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*. <br><br> Defendants. | Civil Action No. 23-0747 (TSC) |

## MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until October 31, 2024. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1. Defendants' dispositive motion is due tomorrow.

2. The parties have made a lot of progress during the pendency of this litigation. Specifically, the parties collaborated on a supplemental search that resulted in the release hundreds of pages of email communications and Excel spreadsheets responsive to Plaintiff's FOIA request. As a result of these efforts, Defendants believe the parties have resolved the search adequacy issue.

3. With regard to information withheld, as recently as last month, the parties' efforts also appear to have resulted in the narrowing of the parties' dispute to records withheld under Exemption 5 only and even then, a narrower subset of same numbering a handful of email communications.

4. The undersigned has also received the Agency's draft declaration, reviewed it, and made some recommendations. In doing so, the undersigned has also asked the Agency to examine some of its withholding claims more closely to ensure that these withholding can be justified. The undersigned doubts that the declaration would have survived the Court's scrutiny for some of the Agency's withholdings.

5. Thus, in light of these recent developments, Defendants are constrained to request this enlargement. Defendants do not seek this enlargement lightly or to unduly delay an adjudication of this action. In light of the record number of cases being handled by this office's line attorneys, the undersigned requests this enlargement to enable him to finalize Defendants' dispositive motion after he has received the Agency's revised and executed declaration.

6. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who does not consent to this request. While Defendants understands Plaintiff's desire to move to briefing, the additional time would benefit this litigation by allowing the Agency to reconsider the universe of documents to be briefed and for Defendants' withholdings to be adequately justified in briefing.

WHEREFORE, Defendants respectfully request that the deadline to file Defendants' dispositive motion be extended through and including October 31, 2024. A proposed order is enclosed herewith.

*   *   *

- 3 -

Dated: October 17, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>      Defendants. | Civil Action No. 23-0747 (TSC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including October 31, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than December 15, 2024; Defendants' Reply is due no later than January 10, 2025; Plaintiff's Reply (if any) is due no later than January 31, 2025.

SO ORDERED:

_____     _____
Dated                                                                                      TANYA S. CHUTKAN
                                                                                                  United States District Judge