UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>      v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>      Defendants. | Civil Action No. 23-0747 (TSC) |

## MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to file its dispositive motion until November 1, 2024. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1. Defendants' dispositive motion is due now due.

2. Defendants' dispositive motion is complete and now in the hands of the undersigned's supervisors. Unfortunately, the undersigned was not able to get the dispositive motion in for supervisory review within a reasonable time without unduly burdening his supervisors.

3. Thus, the undersigned is constrained to request this enlargement out of an abundance of caution because it is unlikely that the undersigned will receive an approved filing back today. The undersigned does not seek this enlargement lightly or to unduly delay an adjudication of this action.

4. Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who does not consent to this request. The undersigned proposes an additional day for Plaintiff's filings to minimize any prejudice.

WHEREFORE, Defendants respectfully request that the deadline to file Defendants' dispositive motion be extended through and including November 1, 2024. A proposed order is enclosed herewith.

Dated: October 31, 2024
          Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:            /s/
      KENNETH ADEBONOJO
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>       Plaintiff,<br><br>  v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>       Defendants. | Civil Action No. 23-0747 (TSC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including November 1, 2024, to file its dispositive motion; Plaintiff cross/response is due no later than December 16, 2024; Defendants' Reply is due no later than January 11, 2025; Plaintiff's Reply (if any) is due no later than February 3, 2025.

SO ORDERED:

_____     _____
Dated                                                                           TANYA S. CHUTKAN
                                                                                     United States District Judge