UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>　　　　Defendants. | Civil Action No. 23-0747 (TSC) |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c) and LCvR 7(h), the Center for Disease Control and Prevention and the Department of Health and Human Services ("Defendants"), by and through undersigned counsel, respectfully moves for summary judgment in response to the Complaint filed by the Informed Consent Action Network ("Plaintiff").

In support of the motion, Defendants respectfully direct the Court's attention to the Statement of Undisputed Material Facts, Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment, the Declaration of Roger Andoh, and *Vaughn* index filed herewith.

　　　　　　　　　　　　*　　*　　*

Dated: November 1, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       /s/
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION
NETWORK,

    Plaintiff,

  v.

CENTER FOR DISEASE CONTROL AND
PREVENTION, *et al.*

    Defendants.

Civil Action No. 23-0747 (TSC)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that this Defendants are entitled to judgment as a matter of law and this action is dismissed with prejudice.

SO ORDERED:

_____                _____
Dated                                                                      TANYA S. CHUTKAN
                                                                            United States District Judge