**Informed Consent Action Network (ICAN) v. Centers for Disease Control and Prevention, et al.**
Case 1:23-cv-00747-TSC

*Draft Vaughn Index of Redacted Materials*

| February 16, 2024 18 Page Production |
|---|---|---|
| Page number | Description of Material Redacted | Basis for Redaction |
| 1-5 | Email discussions from February 23 to March 3, 2022, between CDC Vaccine Safety subject-matter experts concerning Proportional Reporting Ratio (PRR) output | Information protected on these pages consists of deliberative discussions between CDC staff concerning the preliminary Proportional Reporting Ratio (PRR) analysis or PRR outputs.<br><br>Release of this information would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to the data analysis, interpretation, and to the exchange of information and ideas related to the analysis of data from the agency's internal data systems.<br><br>Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to COVID-19 statistical analyses and internal processes. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency.<br><br>Release would also cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid.  The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br>Further, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation. |
| 13-18 | Email discussions on March 1, 2022, between CDC Vaccine Safety subject-matter experts concerning 5-11s year olds | Information protected on these pages consists of deliberative discussions between CDC staff concerning the preliminary data collected on 5–11-year-olds.<br><br>Release of this information would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to the data analysis, interpretation, and to the exchange of information and ideas related to the analysis of data from the agency's internal data systems. |

|  |  | Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to COVID-19 statistical analyses and internal processes. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. |
|  |  | Release would also cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation. |
|  |  | Further, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation. |

|  | **From the May 10, 2024 Production** | |
|---|---|---|
| **Page number** | **Description of Material Redacted** | **Basis for Redaction** |
| 1-7 | Email discussions from March 2, 2022, between CDC Vaccine Safety subject-matter experts concerning Proportional Reporting Ratio (PRR) output | Exemption (b)(5), Deliberative Process Privilege:<br><br>Information protected on these pages consists of deliberative discussions between CDC staff concerning the preliminary Proportional Reporting Ratio (PRR) analysis or PRR outputs.<br><br>Release of this information would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to the data analysis, interpretation, and to the exchange of information and ideas related to the analysis of data from the agency's internal data systems.<br><br>Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to COVID-19 statistical analyses and internal processes. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. |

| | | |
|---|---|---|
| | | Release would also cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br>Further, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>Specific information found on page 5 has been segregated and released. There is no reasonably segregable, non-exempt information that has been withheld. |
| Pages 8-15 | Email discussions from March 3, 2022, between CDC Vaccine Safety subject-matter experts concerning Proportional Reporting Ratio (PRR) output | Exemption (b)(5), Deliberative Process Privilege:<br>Redacted portions of these pages contain information that consist of pre-decisional, deliberative discussions among CDC subject-matter experts concerning preliminary statistical analysis and the process by which agency subject-matter experts may generate and compare their analytical findings prior to publication. The redacted material also contains questions, comments, and proposed analyses. The data generated by prior development was not intended for dissemination outside the Immunization Safety office (ISO).<br>Release would compromise the deliberative process of the agency in administrative matters as it would reveal internal deliberations and preliminary thoughts on the matter, including the exchange of ideas, language choices, and opinions offered by ISO leadership. Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to statistical analyses and internal processes. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency.<br>Release would also cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br>Further, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>Specific information found on page 13 has been segregated and released. There is no reasonably segregable, non-exempt information that has been withheld. |
| Pages 16-23 | Email discussions from March 3, 2022, between CDC Vaccine Safety subject-matter experts concerning | Exemption (b)(5), Deliberative Process Privilege:<br><br>Redacted portions of these pages contain information that consist of pre-decisional, deliberative discussions among CDC subject-matter experts concerning preliminary statistical analysis and the process by which |

| | | |
|---|---|---|
| | Proportional Reporting Ratio (PRR) output | agency subject-matter experts may generate and compare their analytic findings prior to publication. The redacted material also contains questions, comments, and proposed analyses.<br>Release would compromise the deliberative process of the agency in administrative matters as it would reveal internal deliberations and preliminary thoughts on the matter, including the exchange of ideas, language choices, and opinions offered by ISO leadership. Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to statistical analyses and internal processes. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency.<br>Release would also cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid.  The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br>Further, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>Specific information found on page 21 has been segregated and released.  There is no reasonably segregable, non-exempt information that has been withheld. |
| Pages 24-59 | Email discussions from April 20, 2022, between CDC Vaccine Safety subject-matter experts concerning Table 5 COVID19 weekly<br><br>Attachments<br>Table 5 PRR of PTs for COVID19 MRNA compared to 2009-2022 | Exemption (b)(5), Deliberative Process Privilege: The withheld material consists of deliberative discussions between CDC staff concerning the creation of SAS Proportional Reporting Ratio (PRR) analysis or PRR outputs.<br><br>Release of this information would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to the data analysis, interpretation, and to the exchange of information and ideas related to the analysis of data from the agency's internal data systems.<br><br>Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to statistical analyses and internal processes. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency.<br><br>Release would also cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation. |

| | | |
|---|---|---|
| | | Further, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation. There is no reasonably segregable, non-exempt information that has been withheld.<br><br>Attachments:<br>The attachments consist of two different copies of Table 5 containing preliminary COVID-19 PRR results. These two preliminary tables were created and shared among the two statisticians or subject-matter experts with the purpose of comparing the proportion of a specific adverse event.<br><br>These preliminary tables include various iterations of table layout (e.g., column order, field sorting), how certain items were displayed, how often tables were to be ran, and how the multiple tables were organized when compiled. The final versions of these tables were previously released to ICAN and Epoch Times through a Freedom of Information Act (FOIA) request, and Epoch Times subsequently disseminated them to the general public. Relevant data used to develop these preliminary data tables were also included in the subsequent final tables.<br><br>Release of this information would cause harm, confusion, and misinterpretation, as the results were preliminary, and the formatting would differ from the final tables (i.e., data located in one field of the preliminary tables would be found in a different location of the final tables). Also, the information discussed and presented in the form of a table does not constitute the results the agency intended to publish or disclose to the public. The resulting public confusion over the contents of the final PRR tables, and differences between the preliminary and final PRR tables, will result in eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 64-65 | Email discussions from May 13, 2021, between CDC Vaccine Safety subject-matter experts concerning PRR for Myocarditis | Exemption (b)(5), Deliberative Process Privilege: Redacted portions consist of pre-decisional, deliberative discussions among CDC subject-matter experts concerning preliminary statistical analysis and how CDC subject-matter experts may generate and compare the analytic findings prior to publication. The redacted material also includes questions, comments, and proposed analysis. The data generated by prior development was not intended for dissemination outside the Immunization Safety office (ISO).<br>Release would compromise the deliberative process of the agency in administrative matters as it would reveal internal deliberations and preliminary thoughts on the matter, including the exchange of ideas, language choices, and opinions offered by ISO leadership.<br>Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would |

5

| | | |
|---|---|---|
| | | lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>Additionally, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation. There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 66<br><br>Pages 67-81 | Email discussions from February 24, 2022, between CDC Vaccine Safety subject-matter experts concerning PRR output<br><br>Attachment:<br>Table X of PTs for COVID 19 compared to 2009-2022 non-COVID 19. | Exemption (b)(5), Deliberative Process Privilege: Redacted portions consist of pre-decisional, deliberative discussions among CDC subject-matter experts concerning a preliminary PRR output. The redacted material includes comments on the content of the output and recommended changes. The comments regarding the PRR output were not intended for dissemination outside the Immunization Safety office (ISO).<br>Release would compromise the deliberative process of the agency in administrative matters as it would reveal internal deliberations and preliminary thoughts on the matter, including the exchange of ideas, language choices, and opinions offered by ISO leadership.<br>Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>Additionally, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld<br><br>Attachment:<br>The attachment consists of a preliminary version of a COVID-19 PRR Table. This table was created and shared among subject-matter experts.<br><br>These preliminary tables include various iterations of table layout (e.g., column order, field sorting), how certain items were displayed, how often tables were to be ran, and how the multiple tables were organized when compiled. The final versions of these tables were previously released to ICAN and Epoch Times through a Freedom of Information Act (FOIA) request, and Epoch Times subsequently disseminated them to the general public. Relevant data used to develop these preliminary data tables were also included in the subsequent final tables.<br><br>Release of this information would cause harm, confusion, and misinterpretation, as the results were preliminary, and the formatting would differ from the final tables (i.e., data located in one field of the |

| | | |
|---|---|---|
| | | preliminary tables would be found in a different location of the final tables). Also, the information discussed and presented in the form of a table does not constitute the results the agency intended to publish or disclose to the public. The resulting public confusion over the contents of the final PRR tables, and differences between the preliminary and final PRR tables, will result in eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 82-84 | Email discussions from February 28, 2022, between CDC Vaccine Safety subject-matter experts concerning PRR output | Exemption (b)(5), Deliberative Process Privilege: Redacted portions consist of pre-decisional, deliberative discussions among CDC subject-matter experts concerning generating PRR outputs on a specific age group. The redacted material includes deliberative discussions concerning how CDC subject-matter experts may generate and compare their analytic findings. The redacted material includes comments and the proposed statistical approach.<br><br>Release would compromise the deliberative process of the agency in administrative matters as it would reveal internal deliberations and preliminary thoughts on the matter, including the exchange of ideas, language choices, and opinions offered by ISO leadership.<br>Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>Additionally, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 85 | Email discussions from July 24, 2022, between CDC Vaccine Safety subject-matter experts concerning discontinuing COVID-19 automated tables | Exemption (b)(5), Deliberative Process Privilege: Redacted portions comprises pre-decisional, deliberative discussions among CDC subject-matter experts concerning the discontinuation of generating PRR tables. The redacted material includes comments and recommendations concerning the specific data types to be discontinued.<br><br>Release would compromise the deliberative process of the agency in administrative matters as it would reveal internal deliberations and preliminary thoughts on the matter, including the exchange of ideas, language choices, and opinions offered by ISO leadership.<br>Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC analytic techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an |

| | | |
|---|---|---|
| | | ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>Additionally, release of deliberative and preliminary communications would lead to public confusion over the contents of the final PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 154-157 | Email discussions from May 18, 2022, between CDC Vaccine Safety subject-matter experts concerning: Question on Pulmonary Embolism | Exemption (b)(5), Deliberative Process Privilege:<br><br>The redactions contain communications regarding whether the CDC was monitoring signals for Pulmonary embolism. This example illustrates the confusion that would result should this information be released publicly: PRRs do not prespecify outcomes for which to search (something not understood in this email exchange). Release of this email exchange would foster the same confusion, leading to further confusion over the role of PRR tables in safety monitoring.<br><br>Release would also cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>Additionally, release of deliberative and preliminary communications would lead to public confusion over the over the role of the PRR tables, including why specific data were or were not included. The end result will be eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Pages 158-161, 162-166 | Email discussions from June 22, 2022, between CDC Vaccine Safety subject-matter experts and Senior Health Communications Specialist concerning: Reporter Inquiry | Exemption (b)(5), Deliberative Process Privilege: Redacted material consists of pre-decisional and deliberative discussions regarding the Vaccine Safety Team challenges faced during the early statistical analyses of PRRs. The language provided by the vaccine safety subject matter experts went through additional discussions with Communications staff, leading to additional edits and internal review. Communications staff provided final versions of statements to respond to the Reporter's inquiry.<br><br>Release of this information would reveal the internal deliberations and preliminary thoughts of CDC staff on matters pertaining to the steps and internal procedures involved in conducting PRR analyses. The draft analyses were shared with the health communications specialist in order to help explain the challenges the team encountered during this process. |

| | | |
|---|---|---|
| | | Release of the analyses and draft recommendations would have a negative impact on the agency because the public will question which results (preliminary versus final) are accurate, and will question other statistical preliminary findings, leading to loss of CDC credibility.<br><br>Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 167-172 | Email discussions from June 23, 2022, between CDC Vaccine Safety subject-matter experts and Senior Health Communications Specialist concerning: Reporter Inquiry | Exemption (b)(5), Deliberative Process Privilege: Redacted material contains pre-decisional and deliberative discussions regarding the recommended response to a FOIA inquiry submitted by a reporter. The Vaccine Safety Team Lead provided feedback and clarification regarding the statement previously provided by a staff member and explained to the Health Communications Specialist the exploratory work that was taking place at the time regarding the statistical analyses and the proportional reporting ratio.<br><br>Release of this information would reveal the internal deliberations and preliminary thoughts of CDC staff on matters pertaining to the draft statistical analyses of proportional reporting ratios. The draft analyses were shared with the health communications specialist in order to help explain the challenges the team encountered during this process.<br><br>Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Pages 173-179 | Email discussions from June 23, 2022, between Senior Health Communications Specialist and CDC Vaccine Safety subject-matter experts concerning: Reporter Inquiry | Exemption (b)(5), Deliberative Process Privilege: Redacted material contains pre-decisional and deliberative discussions regarding a proposed response submitted by the health communications specialist for feedback and revisions. The draft response was prepared in response to a reporter's inquiry and was shared with subject-matter experts of the Vaccine Safety Team for review and edits. |

|  |  | Release of this information would reveal the internal deliberations and preliminary thoughts of CDC staff on matters pertaining to the draft response, as well as the internal thoughts and clarifications provided by the Vaccine Safety team regarding the Freedom of Information Act (FOIA) inquiry.<br><br>Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
|---|---|---|
| Page 180 | Email discussions from July 22, 2022, between CDC Vaccine Safety subject-matter experts concerning discontinuing COVID-19 automated tables. | Exemption (b)(5), Deliberative Process Privilege: Redacted material consists of pre-decisional and deliberative thoughts and recommendations from CDC subject-matter expert to a team member regarding the possibility of discontinuing the PRR tables. This was a preliminary statement regarding the state of COVID-19 vaccine safety surveillance and additional discussions related to potential shifts in the COVID-19 response as a whole. This information relates to the decisional process, balancing different considerations relating to a number of vaccine safety monitoring activities. At the time of this email, those decisions had not been finalized.<br><br>Differences between what was discussed in this email vs actual implementation would confuse the public, again eroding trust in CDC, degrading the agency's ability to pursue its mission. Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to vaccine safety monitoring activities. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency.<br><br>Release would cause harm by providing the public with non-final statements or other language that could easily be misinterpreted without further clarifying information. Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communications on matters regarding the use of CDC statistical analysis techniques and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |

| | | |
|---|---|---|
| Page 181 | Email discussions from February 13, 2022, between CDC Vaccine Safety subject-matter experts concerning PRR for booster doses. | Exemption (b)(5), Deliberative Process Privilege: Redacted material consists of pre-decisional and deliberative thoughts from CDC subject-matter expert to CDC statistician regarding proposed PRR analyses for a short paper. This deliberation explored different analytic approaches, including different ways of performing PRR analysis.<br><br>Release of the redacted material would compromise the deliberative process of the agency by causing public confusion through the disclosure of specific approaches and strategies employed by the subject-matter expert concerning PRR analyses.<br><br>The release of this information would compromise the deliberative process of the agency in administrative matters requiring open, frank discussions on decision-making and policy between staff members. The result would be a chilling effect on intra- and interagency communications that reduces the ability of agency officials to deliberate in a meaningful manner on comprehensive policy planning during a public health emergency. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 182-183 | Email discussions from April 27, 2022, between CDC Vaccine Safety subject-matter experts concerning Composite Report Working Group | Exemption (b)(5), Deliberative Process Privilege: Redacted material consists of pre-decisional and deliberative discussions between CDC subject-matter experts regarding topics for discussion during a forthcoming meeting, including technical problems with the reporting system. These discussions included exploratory discussions of ideas, some of which were not pursued.<br><br>Release of this information would reveal the limitations of ISO's safety systems and how they impacted safety monitoring, compromising CDC's ability to fulfill its mission by not only undermining trust in CDC integrity, but also enabling the targeting and exploitation of CDC's technical vulnerabilities.<br><br>Release would compromise the deliberative process of the agency in administrative matters, as it would reveal internal deliberations and preliminary thoughts on the matter. Release would cause harm by exposing internal processes and matters. Release would cause harm by providing the public with incomplete, preliminary, or confusing information on a sensitive matter that this deliberative process is designed to avoid. These negative outcomes would result in a chilling effect on intra- and inter-agency communication on matters regarding the safety and monitoring of internal systems and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency. Further, the resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and its ability to protect and promote the health of the nation.<br><br>Exemption (b)(6): Personal Privacy: Redacted information consists of dial-in conference and passcode numbers and the names and email addresses of private company staff. |

| | | |
|---|---|---|
| | | The dial-in conference call numbers are unique and are linked to the panelist who uses them. Release of this information would cause foreseeable harm because it would impair the ability of panelists to collaborate without interruption from outside entities and would leave panelists and participants vulnerable to unwarranted solicitation and harassment.<br><br>Additionally, the disclosure of this information would not contribute to the public's understanding of the operations or activities of the government.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 184-186 | Email discussions from April 27, 2022, between CDC Vaccine Safety subject-matter experts concerning Composite Report Working Group | Exemption (b)(5), Deliberative Process Privilege: Redacted material consists of pre-decisional and deliberative discussions between CDC subject-matter experts regarding matters for discussion during the Immunization Safety Office (ISO), forthcoming meeting, including technical problems concerning the performance of internal applications.<br><br>Release of this information would reveal the limitations of ISO's safety systems and how they impacted safety monitoring, compromising CDC's ability to fulfill its mission by not only undermining trust in CDC integrity, but also enabling the targeting and exploitation of CDC's technical vulnerabilities.<br><br>Release would cause harm by exposing matters that are not intended for public disclosure. Release would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to internal systems and resources, including the exchange of ideas, opinions, and language choices. The release of this information would compromise the deliberative process of the agency requiring open, frank discussions on decision-making and policy between staff members. The result would be a chilling effect on intra- and interagency communications that reduces the ability of agency officials to deliberate in a meaningful manner on comprehensive policy planning during a public health emergency. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation. |
| Page 243<br><br>Pages 244-258 Excel Table | Email discussions from February 28, 2022, between CDC Vaccine Safety subject-matter experts concerning PRR output | Exemption (b)(5), Deliberative Process Privilege: Redacted material consists of deliberative discussions between CDC staff concerning the preliminary Proportional Reporting Ratio (PRR) analysis or PRR outputs. Release of this information would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to the data analysis, interpretation, and to the exchange of information and ideas related to the analysis of data from the agency's internal data systems.<br><br>Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to COVID-19 statistical analyses and internal process. The release of this information would compromise the deliberative process of the agency requiring open, frank discussions on decision-making and policy between staff members. The result would be a chilling effect on intra- and interagency communications that reduces the ability of agency officials to deliberate in a meaningful manner on matters related to internal data systems and on the interpretation and analysis of statistical data during a public health emergency. The resulting confusion and misunderstanding would lead to loss of trust and |

| | | |
|---|---|---|
| | | credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation. |
| | | Attachments: Redacted material consists of preliminary versions of PRR outputs. |
| | | The tables were created with the purpose of comparing the proportion of a specific adverse event. These preliminary tables include various iterations of table layout (e.g., column order, field sorting), how certain items were displayed, how often tables were to be ran, and how the multiple tables were organized when compiled. These tables were shared with ISO's leadership and have not been previously disclosed to the public. Release of this information would cause harm, confusion, and misinterpretation, as the results were preliminary, and the formatting would differ from the final tables (i.e., data located in one field of the preliminary tables would be found in a different location of the final tables). |
| | | Also, the information discussed and presented in the form of a table does not constitute the results the agency intended to publish or disclose to the public. The resulting public confusion over the contents of the final PRR tables, and differences between the preliminary and final PRR tables, will result in eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation. |
| | | Release would cause harm by exposing matters that are not intended for public disclosure. Release would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to internal systems and resources, including the exchange of ideas, opinions, and language choices. The release of this information would compromise the deliberative process of the agency requiring open, frank discussions on decision-making and policy between staff members. The result would be a chilling effect on intra- and interagency communications that reduces the ability of agency officials to deliberate in a meaningful manner on matters related to the interpretation and analysis of statistical data during a public health emergency. This result would also hinder the ability of agency officials to deliberate in a candid and meaningful manner on policy considerations. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation. |
| | | There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 259 | Email discussions from February 13, 2022, between CDC Vaccine Safety subject-matter experts concerning PRR for booster doses | Exemption (b)(5), Deliberative Process Privilege: Redacted portions consist of pre-decisional, deliberative discussions among CDC subject-matter experts concerning the use of a specific PRR output to compare it with other reports previously performed. These deliberations considered multiple approaches, some of which were not pursued. Release would compromise the deliberative process of the agency in administrative matters as it would reveal internal deliberations and preliminary thoughts on the matter and would potentially cause confusion |

| | | |
|---|---|---|
| | | and misinterpretation. Release would cause harm by exposing matters that are not intended for public disclosure. Release would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to multiple PRR statistical approaches, including the exchange of ideas, opinions, and language choices. The release of this information would compromise the deliberative process of the agency requiring open, frank discussions on decision-making among subject-matter experts concerning PRR statistical approaches. The result would be a chilling effect on intra- and interagency communications and reduce the ability of agency officials to deliberate in a meaningful manner during a public health emergency. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 260-263 | Email discussions from February 24, 2022, between CDC Vaccine Safety subject-matter experts concerning PRR output | Exemption (b)(5), Deliberative Process Privilege: Redacted portions consist of pre-decisional, deliberative discussions among CDC subject-matter experts concerning a preliminary PRR output. The redacted material includes comments regarding the content and parameters of the output.<br><br>Release would compromise the deliberative process of the agency would reveal internal deliberations and preliminary thoughts on the matter and would cause confusion and misinterpretation. Release would cause harm by exposing matters that are not intended for public disclosure. Release would reveal the internal deliberations and preliminary thoughts of CDC employees on matters relating to PRR output approaches, including the exchange of ideas, opinions, and language choices. The release of this information would compromise the deliberative process of the agency requiring open, frank discussions among subject-matter experts on matters concerning preliminary data analyses. The result would be a chilling effect on intra- and interagency communications that reduces the ability of agency officials to deliberate in a meaningful manner on comprehensive policy planning during a public health emergency. This result would also hinder the ability of agency officials to deliberate in a candid and meaningful manner on policy considerations. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Page 271<br><br>Pages 272-304 | Email discussions from April 3, 2022, between CDC Vaccine Safety subject-matter experts concerning Table 5 COVID19 Weekly<br><br>Attachments<br>Different Versions of Table 5 PRR of PTs for COVID19 MRNA compared to 2009-2022 | Exemption (b)(5), Deliberative Process Privilege: The withheld material consists of deliberative discussions between CDC staff concerning the preliminary Proportional Reporting Ratio (PRR) outputs. Specifically, the discussion pertains to a query from the subject-matter expert concerning the calculation of the proportional reporting ratio.<br><br>The attached PRR outputs are preliminary and were generated for comparison purposes and for producing initial estimates. These preliminary tables include preliminary results that differ from the final tables and use formatting that differs from the final tables (i.e., data located in one field of the preliminary tables would be found in a different location of the final tables).<br><br>Release of this information would cause harm, confusion, and misinterpretation, as the results were preliminary, and the formatting would differ from the final tables (i.e., data located in one field of the |

|  |  | preliminary tables would be found in a different location of the final tables). Also, the information discussed and presented in the form of a table does not constitute the results the agency intended to publish or disclose to the public. The resulting public confusion over the contents of the final PRR tables, and differences between the preliminary and final PRR tables, will result in eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>Further, the release of this information would compromise the deliberative process of the agency requiring open, frank discussions on decision-making and policy between staff members. The result would be a chilling effect on intra- and interagency communications that reduces the ability of agency officials to deliberate in a meaningful manner on comprehensive policy planning during a public health emergency. This result would also hinder the ability of agency officials to deliberate in a candid and meaningful manner on policy considerations. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation.<br><br>Attachments:<br>The attachments consist of different versions of Table 5 containing preliminary COVID-19 PRR results. These tables were created and shared among the two subject-matter experts with the purpose of comparing the proportion of a specific adverse event. The final versions of these tables were previously released to ICAN and Epoch Times through a Freedom of Information Act (FOIA) request, and Epoch Times subsequently disseminated them to the general public. Relevant data used to develop these preliminary data tables were also included in the subsequent final tables.<br><br>Release of these attached tables would cause harm, confusion, and misinterpretation, as the results were preliminary, and the formatting would differ from the final tables (i.e., data located in one field of the preliminary tables would be found in a different location of the final tables). Also, the information discussed and presented in the form of a table does not constitute the results the agency intended to publish or disclose to the public. The resulting public confusion over the contents of the final PRR tables, and differences between the preliminary and final PRR tables, will result in eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
|---|---|---|
| Pages 305-341 | Email discussions from April 20, 2022, between CDC Vaccine Safety subject-matter experts concerning Proportional Reporting Ratio (PRR) output<br><br>Attachments | Exemption (b)(5), Deliberative Process Privilege: The withheld material consists of deliberative discussions between CDC staff concerning the creation of SAS Proportional Reporting Ratio (PRR) analysis or PRR outputs.<br><br>The release of this information would compromise the deliberative process of the agency requiring open, frank discussions on decision-making and policy between staff members. The result would be a chilling effect on intra- and interagency communications that reduces the ability of agency officials to deliberate in a meaningful manner on comprehensive policy planning during a public health emergency. This result would |


|  |  |  |
|---|---|---|
|  | Table 5 PRR of PTs for COVID19 MRNA compared to 2009-2022 | also hinder the ability of agency officials to deliberate in a candid and meaningful manner on policy considerations. The resulting confusion and misunderstanding would lead to loss of trust and credibility in CDC's initiatives, and degradation of CDC's ability to protect and promote the health of the nation. Disclosing such thought processes and communications would inhibit open and frank discussions between CDC employees on matters related to COVID-19 statistical analyses and internal processes. This would result in a chilling effect on intra- and inter-agency communications on critical matters related to how CDC better assess health risks associated with a vaccine and reduce the ability of agency officials to deliberate in a meaningful manner during an ongoing public health emergency.<br><br>Attachments:<br>The attachments consist of two different copies of Table 5 containing preliminary COVID-19 PRR results, and a copy of the output objects created by SAS procedure. The SAS output and stables were created and shared among the two statisticians or subject-matter experts with the purpose of comparing the proportion of a specific adverse event. The final versions of these tables were previously released to ICAN and Epoch Times through a Freedom of Information Act (FOIA) request, and Epoch Times subsequently disseminated them to the general public. Relevant data used to develop these preliminary data tables were also included in the subsequent final tables.<br><br>Release of these attached tables would cause harm, confusion, and misinterpretation, as the results were preliminary, and the formatting would differ from the final tables (i.e., data located in one field of the preliminary tables would be found in a different location of the final tables). Also, the information discussed and presented in the form of a table does not constitute the results the agency intended to publish or disclose to the public. The resulting public confusion over the contents of the final PRR tables, and differences between the preliminary and final PRR tables, will result in eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.<br><br>There is no reasonably segregable, non-exempt information that has been withheld. |
| Excel Table # 1<br><br>Excel Table # 2<br><br>Excel Table # 3<br><br>Excel Table # 4 | Table 5 PRR of PTs for COVID19 mRNA Compared to 2009-2022 NON-COVID-19.<br><br>Table X PRR of PTs for Covid19 Compared to 2009_2022 NON_Covid19<br><br>Table X PRR of PTs for COVID19 Moderna Compared to Pfizer | Exemption (b)(5), Deliberative Process Privilege: The withheld material consists of preliminary versions of Table 5 PRR of PTs for COVID19 MRNA compared to 2009-2022, and early versions of the Table X PRR COVID-19 Moderna compared to Pfizer and NON-COVID19. These tables have been provided to the Plaintiff in Excel format, while some versions have been provided in PDF format.<br><br>These preliminary tables include various iterations of table layout (e.g., column order, field sorting), how certain items were displayed, how often tables were to be ran, and how the multiple tables were organized when compiled. The final versions of these tables were previously released to ICAN and Epoch Times through a Freedom of Information Act (FOIA) request, and Epoch Times subsequently disseminated them to the general public. Relevant data used to develop these preliminary data tables were also included in the subsequent final tables. |

| | | |
|---|---|---|
| Excel Table # 5 | Table X PRR of PTs for COVID19 mRNA Compared to 2009-2022 NON-COVID-19. (Released in Full). | Release of this information would cause harm, confusion, and misinterpretation, as the results were preliminary, and the formatting would differ from the final tables (i.e., data located in one field of the preliminary tables would be found in a different location of the final tables). Also, the information discussed and presented in the form of a table does not constitute the results the agency intended to publish or disclose to the public.  The resulting public confusion over the contents of the final PRR tables, and differences between the preliminary and final PRR tables, will result in eroded trust in CDC and the degradation of its ability to protect and promote the health of the nation.

There is no reasonably segregable, non-exempt information that has been withheld.

**Please note that Excel Tables 4 and 5 have been released without any redactions.** |
| Excel Table # 6 | Table X PRR of PTs for COVID19 Pfizer Compared to Moderna (Released in Full). | |
| Excel Table #7 | PRR of Pts for 5-11 COVID19 Pfizer Compared to 2009_2022

PRR of PTs for 5-11 COVID-19 Pfizer Compared to 2009-2022 5-11 FLU_0-21 Days to Onset | |