# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION AND U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Civil Action No. 23-cv-00747-TSC |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Informed Consent Action Network ("**ICAN**") respectfully submits this Cross-Motion for Summary Judgment. This matter concerns a Freedom of Information Act ("**FOIA**") request submitted by ICAN to Centers for Disease Control and Prevention seeking copies of records related to Proportional Reporting Ratio (PRR) analyses performed. CDC eventually produced records to ICAN and withheld partial and full documents pursuant to claims of Exemption 5 throughout the records. CDC has plainly failed to provide adequate justification for the redactions pursuant to Exemption 5 and thus has failed to satisfy its obligations under FOIA. For the reasons set out more fully in its Memorandum, ICAN therefore requests that this Court enter summary judgment in ICAN's favor.

Dated: December 17, 2024

SIRI & GLIMSTAD LLP

 */s/ Elizabeth A. Brehm*
Elizabeth A. Brehm, DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
ebrehm@sirillp.com