**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INFORMED CONSENT ACTION NETWORK,

                              Plaintiff,

        v.                                          Civil Action No. 23-cv-00747-TSC

CENTERS FOR DISEASE CONTROL AND
PREVENTION AND U.S. DEPARTMENT OF
HEALTH,

                              Defendants.

**[PROPOSED] ORDER**

    Upon consideration of the parties' cross motions for Summary Judgment, it is hereby

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is **GRANTED** and judgment is

**ENTERED** in favor of Plaintiff and against Defendants. It is **FURTHER ORDERED** that

Defendants' Motion for Summary Judgment is **DENIED**.

Dated:                          _____
                                TANYA S. CHUTKAN
                                United States District Judge