UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al*.<br><br>　　　　Defendants. | Civil Action No. 23-0747 (AHA) |

**MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S CROSS MOTION AND REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

By and through undersigned counsel, the Center for Disease Control and Prevention ("Defendants") respectfully moves to extend the deadline to oppose Plaintiff's cross motion and reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment until February 11, 2025. Plaintiff, through counsel, consents only to a two-week enlargement. The grounds for this motion are as follows.

　　1.　　Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), seeking judicial review of Defendants' handling of its request for "[a]ll records related to Proportional Reporting Ratio (PRR) analyses performed 'to identify [vaccine adverse events] that are disproportionately reported relative to other [vaccine adverse events]' pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19." *See generally* ECF No. 1.

2.      Defendants have moved for summary judgment, *see* ECF No. 31, and Plaintiff has cross-moved and opposed Defendant's dispositive motion.  *See* ECF Nos. 32, 33.  Defendants' responses to Plaintiff's filing are now due.  This is Defendants' first request to extend this specific deadline.]

3.      Due to lack of use arising from significant increases in line assistants' caseloads, the undersigned was not able to take a lot of leave last year and accrued copious "use of lose" leave at the end of the year.  Thus, the undersigned had been on leave from December 16, 2024, until this week.  During that time, although the undersigned continued to do light work during his leave, he was not able to do more substantive work because he could not access the Office's network.

3       Plaintiff filings were entered on the docket on December 17, 2024.  Since the undersigned returned from leave, he has conferred with Agency Counsel who has indicated that the Agency will need a month to assess Plaintiff's responses to determine whether any additional releases can be made.  Thus, the additional time sought could result in a further narrowing of the issues in this litigation.

4.      Defendants do not request this enlargement lightly or to unduly delay an adjudication of this action.  Rather, the parties have been able work through many issues in this litigation amongst themselves and there is no reason to believe that the additional time sought here will not yield similar fruit.

5.      Pursuant to LCvR 7(m), Defendants conferred with Plaintiff's counsel who has consented to a two-week enlargement only.

WHEREFORE, Defendants respectfully request that the deadline to file Defendants' responses be extended through and including February 11, 2025.  A proposed order is enclosed herewith.

- 3 -

Dated: January 10, 2025
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____/s/_____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, *et al.*<br><br>    Defendants. | Civil Action No. 23-0747 (AHA) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for an extension of time to oppose Plaintiff's cross motion and reply to Plaintiff's Opposition to Defendants' dispositive motion, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' partial consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including February 11, 2025, to respond to Plaintiff's cross/response; and Plaintiff's Reply (if any) is due no later than March 7, 2025.

SO ORDERED:

_____    _____
Dated                                                                 AMIR H. ALI
                                                                              United States District Judge