UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>   v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>      Defendants. | Civil Action No. 23-0747 (TSC) |

**RESPONSE TO PLAINTIFF'S STATEMENT UNDISPUTED MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure ("Rule") 56(c) and LCvR 7(h), the Centers for Disease Control and Prevention ("CDC") and the Department of Health and Human Services ("Defendants"), by and through undersigned counsel, respectfully submit this Response to Plaintiff's Statement of Undisputed Facts filed by Informed Consent Action Network ("Plaintiff").

1.  ICAN is a "not-for-profit news media organization whose mission is to raise public awareness about vaccine safety." Pl.'s FOIA Request (Dkt. 1-1 at 7.).

Defendants' Response

Admit.

2.  On June 30, 2022, ICAN submitted a FOIA request to the Centers for Disease Control and Prevention ("CDC") seeking "All records related to Proportional Reporting Ratio (PRR) analyses performed to identify AEs that are disproportionately reported relative to other AEs" pursuant to Sections 2.0, 2.3., and 2.3.1 of the VAERS Standard Operating Procedures for COVID-19. This should include, but not be limited to, all communications concerning PRR

analyses including communications concerning any decision to not conduct PRR analyses. Information helpful to fulfilling the request: The CDC's Immunization Safety Office is the likely custodian of responsive records." Pl.'s FOIA Request (Dkt. 1-1 at 7.)

Defendants' Response

Admit.

3.    ICAN is seeking the information in the FOIA request to allow it to contribute to the public understanding of the government's vaccine safety programs, including the government's efforts to promote vaccine safety. *Id*.

Defendants' Response

Not material.

4.    On July 29, 2022, twenty-three days after the NCEZID/ISO program informed CDC's FOIA office that no search had been conducted for records responsive to ICAN's request, CDC issued its final response which indicated "a search of records failed to reveal any documents pertaining to your request." (Dkt. 1-1 at 16-17.)

Defendants' Response

Defendants subsequently conducted a search that released in release of records.

5.    On September 2, 2022, in a letter to Senator Ron Johnson, then-CDC Director Rochelle Walensky made clear CDC had performed this analysis stating "CDC performed PRR analysis between March 25, 2022, through July 31, 2022, to corroborate the results of EB data mining."

Defendants' Response

Not material.

6.       CDC had plainly conducted PRR analysis as far back as March 25, 2022, despite claiming to Plaintiff on July 29, 2022, that it had no records of any PRR analysis having been performed.

Defendants' Response

There are records with PRR, the initial FOIA request search returned no records before litigation. On appeal CDC conducted a new search and located documents, those were sent to HHS to respond to the appeal. HHS appeal office did not send out the records prior to the Plaintiff filing the complaint. Since then, we have produced 1) 18 pages and 51 excels spreadsheets on May 25, 2023; 2) 25 additional pages on February 6, 2024; and 3) 341 pages and 7 excel spreadsheets on May 10, 2024.

7.       On October 7, 2022, ICAN appealed CDC's denial on the grounds that CDC failed to conduct an adequate search of the requested records. (Dkt. 1-1 at 2-5.) On October 13, 2022, CDC acknowledged receipt of the appeal and advised that it would need to consult with another office. (Dkt. 1-2.)

Defendants' Response

The appeal was assigned tracking number 2023-00012-A-PHS by HHS appeals office – not CDC.

8.       On March 20, 2023, nearly nine months after submitting its request and having received no further communication from CDC, ICAN filed this suit on the grounds that CDC violated FOIA by failing to issue a timely final determination on its appeal and failing to establish the adequacy of its search. (Dkt. 1.)

Defendants' Response

Defendants admit that Plaintiff constructively exhausted administrative remedies.

9. On May 25, 2023, after meeting and conferring with Defendants' counsel, ICAN sent counsel for Defendants a detailed letter describing ICAN's challenges to the 18-Page Production (Production #1), including challenges to (b)(5) redactions that had been applied.

Defendants' Response

Admit.  But see also Defendants' response to Paragraph 6.

10. Defendants produced a draft *Vaughn* index on July 29, 2024.  Plaintiff reviewed the index and notified Defendants of the narrowed redactions Plaintiff intended to challenge.

Defendants' Response

Admit.  But see also Defendants' response to Paragraph 6.

11. An individual named repeatedly in the responsive records, Mr. Bicheng (Tony) Zhang, is a non-governmental employee as designated by his title on CDC's website directory. *See* https://directory.psc.gov/hhsdir/eeKey.asp?Key=75006&Format=Table.

Defendants' Response

Mr. Zang is an employee contractor with CDC and fully covered under b5.  Further plaintiff link leads you to another employee.

| | |
|---|---|
| Dated:  January 31, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, Jr.<br>D.C. Bar No. 481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   *Kenneth Adebonojo*   <br>      KENNETH ADEBONOJO<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 252-2562 |