UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>       Plaintiff,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>       Defendants. | Civil Action No. 23-0747 (TSC) |

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Please *see* ECF No. 35.

Dated: January 31, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, Jr.
D.C. Bar No. 481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    *Kenneth Adebonojo*
     KENNETH ADEBONOJO
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2562