UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>Defendants. | Civil Action No. 23-0747 (AHA) |

## JOINT STATUS REPORT

Pursuant to the Court's April 10, 2025 Minute Order, the parties hereby provide the following Joint Status Report:

The parties, having conferred, do mutually consent to the referral of this civil action to a magistrate judge.

Dated: April 18, 2025

                                                              Respectfully submitted,

                                                              SIRI & GLIMSTAD LLP
                                                              /s/ *Elizabeth A. Brehm*
                                                              Elizabeth A. Brehm, DC Bar No. NY0532
                                                              Siri & Glimstad LLP
                                                              745 Fifth Avenue, Suite 500
                                                              New York, New York 10151
                                                               Tel: (240) 732-6737
                                                               ebrehm@sirillp.com

                                                              *Counsel for Plaintiff*

EDWARD R. MARTIN, Jr.
D.C. Bar No. 481866
United States Attorney

By: /s/ *Kenneth Adebonojo**
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*
*\*signed with permission*

2