UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>Defendants. | Civil Action No. 23-0747 (AHA) |

## JOINT STATUS REPORT

In this action under the freedom of Information Act, 5 U.S.C. § 552 ("**FOIA**"), Informed Consent Action Network ("**Plaintiff**") and the Center for Disease Control and Prevention, et al. ("**Defendants**") (collectively "**the Parties**"), by and through undersigned counsel, respectfully submit this Joint Status Report in response the Court's Minute Order entered on December 17, 2025. *See* Min. Ord.  In response, the parties jointly state the following:

1.  The aforementioned Minute Order directed that "the parties shall file another joint status report proposing further proceedings in this action." *See* Min. Ord.  Following the Court's rulings on the parties' dispositive motions, *see* ECF No. 39, Defendant represents that they are approaching the end of process of reassessing its exemptions claims.

2.  In fact, Defendant anticipates a supplemental release no later than the first week of March if not sooner.  While Defendant has reassessed its position in light the Court's ruling, Government Counsel is unable to say at this point that all redactions will be lifted.  Thus, Government Counsel

anticipates that the parties will continue to need some additional time to confer regarding the remaining exemption claims.

3. After Plaintiff's counsel has reviewed Defendant's supplemental release, the parties anticipate that they will meet and confer with the goal of narrowing or eliminating their differences.

4. Thus, the parties jointly propose that the Court permit them to file another Joint Status Report by March 31, 2026.

WHEREFORE, the parties jointly propose that the Court adopt their proposal to file another Joint Status Report no later than March 31, 2026.

Dated: February 24, 2026

Respectfully submitted,

SIRI & GLIMSTAD LLP

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Elizabeth A. Brehm*
    Elizabeth A. Brehm
    DC Bar No. NY0532
    745 Fifth Avenue, Suite 500
    New York, New York 10151
    Tel: (240) 732-6737
    ebrehm@sirillp.com

*Attorneys for Plaintiff*

By: */s/ Kenneth Adebonojo* (with permission)
    Kenneth Adebonojo
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Tel: (202) 252-2562

*Attorneys for the United States of America*

2