UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00747 (AHA) |

## JOINT STATUS REPORT

In this action under the freedom of Information Act, 5 U.S.C. § 552 ("**FOIA**"), the Informed Consent Action Network ("**Plaintiff**") and the Center for Disease Control and Prevention, et al. ("**Defendants**") (collectively "**the Parties**"), by and through undersigned counsel, respectfully submit this Joint Status Report in response the Court's Minute Order entered on February 25, 2026. *See* Min. Ord.  In response, the parties jointly state the following:

1.  The aforementioned Minute Order directed that "the parties shall file another joint status report proposing further proceedings in this action" by today.  *See* Min. Ord.  Following the Court's rulings on the parties' dispositive motions, *see* ECF No. 39, the parties have continued to meet and confer with the goal of narrowing or eliminating issues in dispute.

2.  Specifically, since the parties' last Joint Status Report, Defendants reprocessed records and made a supplemental release.  Plaintiff reviewed them and still has objections that were outlined in a letter to Defendants dated March 19, 2026.  Defendants are still reviewing Plaintiff's letter and Agency Counsel reports that a response is anticipated in the coming days.

3.  This litigation will benefit from some additional time for the parties to continue to meet and confer because Defendants' review could result in additional supplemental releases or the parties continue their dialogue to ensure that, if another round of briefing is needed, it would be because the parties have exhausted all options for an amicable resolution.

4.  Thus, the parties jointly propose that the Court permit them to file another Joint Status Report by May 1, 2026.

WHEREFORE, the parties jointly propose that the Court adopt their proposal to file another Joint Status Report no later than May 1, 2026.

Dated: March 31, 2026

Respectfully submitted,

SIRI & GLIMSTAD LLP
*/s/Elizabeth A. Brehm*
Elizabeth A. Brehm, DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (240) 732-6737
ebrehm@sirillp.com


*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

/s/*Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*