UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00747(GMH) |

## JOINT STATUS REPORT

In this action under the freedom of Information Act, 5 U.S.C. § 552 ("**FOIA**"), Informed Consent Action Network ("**Plaintiff**") and the Centers for Disease Control and Prevention, et al. ("**Defendants**") (collectively "**the Parties**"), by and through undersigned counsel, respectfully submit this Joint Status Report in response the Court's Minute Order entered on April 1, 2026. *See* Min. Ord.  In response, the parties jointly state the following:

1.   The Court "ordered that on or before May 1, 2026, the parties shall file another joint status report proposing further proceedings in this action." *See* Min. Ord.  Following the Court's rulings on the parties' dispositive motions, *see* ECF No. 39, the parties have had continued discussions with the goal of limiting or narrowing issues in dispute.

2.   Specifically, since the parties' last Joint Status Report, Defendants reprocessed records and made a supplemental release. Plaintiff reviewed that supplemental release and outlined, in a March 19, 2026 letter to Defendants, its challenges to numerous remaining redactions. Defendants represent that they have now completed review of that letter and Agency Counsel

1

reports that there will be a reprocessing with "many of the redactions removed and a re-release by or about" May 20, 2026. Thereafter, Plaintiff will need time to review the re-release and the parties may need some time to meet and confer further.

3.    Thus, this litigation will benefit from some additional time for the parties to continue to meet and confer and to allow time for Plaintiffs to review the upcoming May 20, 2026 re-release of the supplemental production.

4.    The parties therefore jointly propose that the Court permit them to file another Joint Status Report by June 15, 2026.

WHEREFORE, the parties jointly propose that the Court adopt their proposal to file another Joint Status Report no later than June 15, 2026.

Dated: May 1, 2026

Respectfully submitted,

SIRI & GLIMSTAD LLP

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm
DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (240) 732-6737
ebrehm@sirillp.com

By: */s/ Kenneth Adebonojo*
      KENNETH ADEBONOJO
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202)252-2562
      Kenneth.Adebonojo@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States of America*