UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION NETWORK,

Plaintiff,

v.

CENTERS FOR DISEASE CONTROL AND
PREVENTION et al.,

Defendants.

Civil Action No. 1:23-cv-00747 (GMH)

## JOINT STATUS REPORT

In this action under the freedom of Information Act, 5 U.S.C. § 552 ("**FOIA**"), Informed Consent Action Network ("**Plaintiff**") and the Centers for Disease Control and Prevention, et al. ("**Defendants**") (collectively "**the Parties**"), by and through undersigned counsel, respectfully submit this Joint Status Report in response the Court's Minute Order entered on May 4, 2026. *See* Min. Ord.  In response, the parties jointly state the following:

1.  The Court " "[i]n light of the representations in the parties' Status Report, [ECF No. 43] it is hereby ordered that on or before June 15, 2026, the parties shall file another joint status report proposing further proceedings in this action.." *See* Min. Ord.

2.  Following the Court's rulings on the parties' dispositive motions, *see* ECF No. 39, the parties have had continued discussions with the goal of limiting or narrowing issues in dispute with success. To that end, the agency made additional productions on February 27, 2026 and again on May 13, 2026 after continued conferral with Plaintiff. Following those re-releases, the

1

parties are pleased to report that they believe that the FOIA merits of this action have been resolved.

3.  Thus, the only remaining issue in this matter is attorney fees and costs.

4.  Additional time will enable the parties to tackle the fees and costs aspect of this litigation. Thus, the parties therefore jointly propose that the Court permit them to file another Joint Status Report by August 14, 2026.

WHEREFORE, the parties jointly propose that the Court adopt their proposal to file another Joint Status Report no later than August 14, 2026.

Dated: June 15, 2026

Respectfully submitted,

SIRI & GLIMSTAD LLP

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm
DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (240) 732-6737
ebrehm@sirillp.com

*Counsel for Plaintiff*

By: */s/ Kenneth Adebonojo*
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562
    Kenneth.Adebonojo@usdoj.gov

*Attorneys for the United States of America*

2