UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00747 (GMH |

**JOINT STATUS REPORT**

In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("**FOIA**"), Informed Consent Action Network ("**Plaintiff**") and the Centers for Disease Control and Prevention, et al. ("**Defendants**") (collectively "**the Parties**"), by and through undersigned counsel, respectfully submit this Joint Status Report in response the Court's Minute Order entered on June 16, 2026. *See* Min. Ord. In response, the parties jointly state the following:

1. In its Minute Order, the Court directed that "having reported that 'they believe the FOIA merits of this action have been resolved' and the 'only remaining issue in this matter is attorney fees and costs,' ECF No. 44 at 2, it is hereby ordered that the parties shall file a status report on or before August 14, 2026, informing the Court of their progress in resolving that single remaining issue." *See* Min. Ord.

2. Since the parties' last Joint Status Report, Plaintiff submitted a fee demand on June 17, 2026 and Defendants responded today. The delay in preparing Defendants' response to

Plaintiff's demand is attributable to Agency Counsel's request for Government Counsel's position while Government Counsel was on leave and missed the request.

3. Given Defendants' response today, this litigation will benefit from some additional time for the parties to continue their negotiations and, therefore, burden the Court only if they are unable to resolve this issue without the Court's involvement. Thus, the parties therefore jointly propose that the Court permit them to file another Joint Status Report by October 14, 2026.

WHEREFORE, the parties jointly request that the Court adopt their proposal to file another Joint Status Report, if needed, no later than October 14, 2026.

Dated: August 14, 2026

Respectfully submitted,

SIRI & GLIMSTAD LLP

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm
DC Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (240) 732-6737
ebrehm@sirillp.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562
Kenneth.Adebonojo@usdoj.gov

*Attorneys for the United States of America*